B5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor(s) – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden and trade names) |
|---|---|
| LLM Internet Inc. | |

Last Four digits of Social Security or other Individual's Tax-I.D. No/ Complete EIN (If more than one, state all)

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | MAILING ADDRESS OF DEBTOR (if different from street address) |
|---|---|
| 2112 Coney Island Ave, Brooklyn, NY 11223 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | |
| KINGS | ZIP CODE |
| ZIP CODE | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed address)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
[x] Chapter 7     [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe
[ ] Debts are primarily consumer debts
[x] Debts are primarily business debts

**Type of Debtor** (Form of Organization)
[ ] Individual (Includes Joint Debtor)
[X] Corporation (Includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
[ ] Health Care Business
[x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[ ] Other -

## VENUE

[x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## FILING FEE (Check one box)

[x] Full Filing Fee attached

[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATION
(Check applicable boxes)

1 [X] Petitioner(s) are eligible to file this petition pursuant to 11 U S C § 303 (b).

2 [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3a [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

b [ ] Within 120 days preceding the filing of this petition, a custodian other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2                               Name of Debtor(s) LLM Internet Inc.

Case No. ____  _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a) |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/_ _____
Signature of Petitioner or Representative (State title)

David Thause_____    3-12-2024
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual   2203 Avenue- X, Brooklyn NY 11235
Signing in Representative
Capacity

X _____
Signature of Attorney                  Date

_____
Name of Attorney Firm (If any)

Address

Telephone No.
Fax:

X _____
Signature of Petitioner or Representative (State title)

David Thause_____    3-12-2024
Name of Petitioner                    Date Signed

Name & Mailing          David Thause
Address of Individual   2203 Avenue- X, Brooklyn NY 11235
Signing in Representative
Capacity

X _____
Signature of Attorney                  Date

_____
Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney                  Date

_____
Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| _David_Thause_____ 2203 Avenue- X, Brooklyn NY 11235 | __Loan__ | $26,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above

Total Amount of Petitioner's Claims $26,000.00

____continuation sheet attached

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X
In re:                                                    INVOLUNTARY CHAPTER 7
LLM Internet Inc.                         Case No.
                    Debtor.
———————————————————————X

### INVOLUNTARY CHAPTER 7 PETITION

Petitioner, David Thause respectfully alleges:

1. Petitioner, with an address at: 2203 Avenue- X, Brooklyn NY 11235 (the "Petitioning Creditor"), holding an unsecured claim against the Debtor, not contingent as to liability and not in dispute, amounting to $26,000.00

2. The nature of the claim is for repayment of a loan given by the petitioner to the Debtor, on May 18, 2020, which was due and payable by May 18, 2021, and the amount of the loan and claim is $26,000.00.

3. The Debtor has his principal place of residence within the district for a longer of One Hundred Eighty (180) days preceding the filing of this Involuntary Petition than in any other district, to wit: the Debtor's address within the district is 2112 Coney Island Ave, Brooklyn, NY 11223.

4. The DEBTOR is a corporation against whom an Order for Relief may be entered under Title XI; Chapter 7 of the United States Bankruptcy Code.

5. The Debtor is generally not paying the debts as they become due and that the claim(s) are not contingent as to liability and not subject to bona fide dispute, that the creditors are not employees or insiders of the debtor, and there are fewer than twelve creditors of his debtor, that the petitioning creditor knows of one other creditor, and that said claims amount in aggregate, in excess of any lien on the Debtor's property securing such claims, to at least $26,000.00.

6. That Petitioner did present contracts, invoices and statements evidencing the debt, and did demand payment, which was refused.

7. That upon information and belief, the Debtor does not have more than twelve (12) creditors.

8. I believe that a Chapter 7 petition is the only relief to be granted, and it is further believed that when all facts are known, it will be determined that the Debtor is not able to be rehabilitated.

WHEREFORE, the Petitioning Creditor requests that an Order for Relief be entered against the Debtor under Chapter 7 of Title 11 of the United States Bankruptcy Code.

Dated: Brooklyn, New York
       March 12th 2024

_____
Printed name: David Thause

### UNSWORN DECLARATION

declares that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: Brooklyn, New York
       March 12th 2024

_____
Printed name: David Thause